Case 4:21-cv-03905   Document 28   Filed on 12/02/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH R. TOMELLERI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-3905 |
| | § | |
| wLURE, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Pending before the court is Arch & Lake LLP's Unopposed Consent Motion for Leave to Withdraw As Counsel for Defendant wLure LLC (Docket Entry No. 26). If the court granted the motion, defendant wLure, LLC would not be represented by counsel. Since this defendant is a corporation, it cannot appear pro se, and the effect of the court's order would therefore be to require the entry of a default against defendant. The court will conduct a hearing on the motion on December 16, 2022, at 2:00 p.m., in Court Room 9-B, 9th Floor, United States Courthouse, 515 Rusk Street, Houston, Texas 77002. Counsel for defendant and defendant's principal, Mr. Jiaqin Wang, are **ORDERED** to appear at the hearing. Counsel for defendant will promptly provide a copy of this Order to Mr. Wang.

SIGNED at Houston, Texas, on this 2nd day of December, 2022.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE