United States District Court
Southern District of Texas
**ENTERED**
December 07, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-21-3905 |
| § | |
| wLURE, LLC, § | |
| § | |
| Defendant. § | |

## O R D E R

Arch & Lake's Notice of Withdrawal of their Unopposed Consent Motion for Leave to Withdraw as Counsel for Defendant (docket no. 29) is **GRANTED**.

Therefore, it is **ORDERED** that Arch & Lake's Unopposed Consent Motion for Leave to Withdraw as Counsel for Defendant (docket no. 26) is **DENIED AS MOOT**.

It is further **ORDERED** that the Hearing set December 16, 2022, at 2:00 p.m. is **CANCELED**.

**SIGNED** at Houston, Texas, on this 7th day of December, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE